EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
JENNIFER LEE TARN, CSBN 240609
Special Assistant United States Attorney
     Social Security Administration
     160 Spear Street, Suite 800
     San Francisco, CA  94105
     Telephone: (415) 977-8825
     Facsimile: (415) 744-0134
     Email: Jennifer.Tarn@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| KAMI LYNN YADEN, | )    Case No. 2:15-cv-03560-PLA |
|      Plaintiff, | ) |
| | )    **JUDGMENT** |
| | ) |
|         v. | ) |
| | ) |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of Social Security, | ) |
|      Defendant. | ) |
| | ) |
| | ) |

      The Court having approved the parties' stipulation to remand this case pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent with that stipulation and for entry of judgment for Plaintiff, judgment is hereby entered for Plaintiff.

DATED: January 22, 2016            *Paul L. Abrams*
                                        _____
                                        HONORABLE PAUL L. ABRAMS
                                        UNITED STATES MAGISTRATE JUDGE