JANNA K. LOWENSTEIN (SBN 225371)
Lowenstein Disability Lawyers, A.L.C.
15315 Magnolia Blvd., Suite 402
Sherman Oaks, CA 91403
Tel:   (818) 905 6611
Fax:   (818) 789 1375
Email: jklowenstein@yahoo.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMI LYNN YADEN ) | CASE NO. CV 15-3560  PLA |
| Plaintiff, ) | ORDER AWARDING ATTORNEYS FEES PURSUANT TO EAJA, 28 U.S.C. § 2412(d), AND COSTS, PURSUANT TO 28 U.S.C. § 1920 |
| vs. ) | |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ) | _____ |
| Defendant ) | |

Pursuant to the Stipulation between the parties, through their respective counsel, awarding attorneys fees under EAJA,

IT IS HEREBY ORDERED

That  EAJA fees are awarded in the amount of  $2956.98 and costs of $400.00, subject to the terms of the stipulation.

Dated:   February 24, 2016

_____
PAUL L. ABRAMS
U.S. Magistrate Judge